FILED

2004 JAN 26  P 4: 30

DISTRICT C...
NEW HAVEN, C...

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA DIXON, <br> Plaintiff | : <br> : <br> : |
| V. | :    3-00-CV-2477 (EBB) |
| CARDIOLOGY ASSOCIATES OF <br> FAIRFIELD COUNTY, P.C., and <br> MARTIN KRAUTHAMER, M.D., <br> Defendants | : <br> : <br> : <br> :    JANUARY , 2004 |

### JOINT MOTION FOR
### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii) the parties hereby move the Court for an Order of stipulation of dismissal without prejudice. In support hereof, the parties have agreed to submit the instant matter to Alternative Dispute Resolution by way of binding arbitration in accordance with the attached executed agreement.

**WHEREFORE**, the parties move the Court to enter an order by way of stipulation of dismissal without prejudice of the instant matter.

Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

*[Handwritten margin notes: "1/28/04 Granted. This action is dismissed without prejudice. So Ordered." with signature]*